## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PRISCILLA A. ELLIS,<br><br>Petitioner,<br><br>v.<br><br>SEGAL, WARDEN – WASECA FCI,<br><br>Respondent. | Civil No. 24-4195 (JRT/SGE)<br><br><br>**ORDER** |

Priscilla A. Ellis, Reg. No. 03260-180, FCI Waseca, P.O. Box 1731, Waseca, MN 56093, *pro se* petitioner.

Ana H Voss, Trevor Brown, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated December 18, 2024 (ECF No. 6), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Priscilla A. Ellis. (ECF No. 1) is

    **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.

2. This matter is **SUMMARILIY DISMISSED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 17, 2025
at Minneapolis, Minnesota.

                                                                                              s/John R. Tunheim
                                                                                     JOHN R. TUNHEIM
                                                                                     United States District Judge